AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JULIO ESPINOZA-DE LOS MONTEROS
aka Espinosa, Tulio Ivan

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1016-IEG

I, JULIO ESPINOZA-DE LOS MONTEROS, aka Espinosa, Tulio Ivan, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-3-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER